# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2024-2700
_____

TIMOTHE MATEL,

   Petitioner,

   v.

J. POLISKNOWSKI, S. HARRIS, J.
BIDEN, R. DESANTIS,

   Respondents.

_____

Petition for Writ of Habeas Corpus—Original Jurisdiction.

January 31, 2025

PER CURIAM.

   DISMISSED.

NORDBY, TANENBAUM, and LONG, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Timothe Matel, pro se, Petitioner.

Attorney General, Tallahassee, for Respondent.